**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GERALD SILVER, on behalf of himself
and others similarly situated,

    Plaintiff,

v.                                                    No. 1:22-cv-00400 MIS/GBW

CITY OF ALBUQUERQUE,

    Defendant.

## **FINAL JUDGMENT**

    Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

    **IT IS HEREBY ORDERED** that all claims in this case are **DISMISSED WITH PREJUDICE.**

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE